#14

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 12 P 12:09

US DISTRICT
BRIDGEPORT

| | |
|---|---|
| Gerald Arich | Civil Action |
| Plaintiff | No: 3:02CV00958(WWE) |
| VS. | |
| Metro-North Railroad Company | December 3, 2003 |
| Defendant | |

Motion GRANTED
Senior United States District Judge
12-18-03

FILED
2003 DEC 18 P 12:
US DISTRICT
BRIDGEPORT

## MOTION FOR EXTENSION OF DISCOVERY DEADLINE

The parties respectfully move for an extension of the discovery deadline until February 27, 2004. This requested extension is necessary so that certain expert depositions can be completed. Once said depositions are taken, this case will be ready for assignment of a joint pretrial order filing date.

FOR THE PLAINTIFF
By his attorneys,

BY /s/ Charles C. Goetsch
Charles C. Goetsch [ct 0776]
CAHILL & GOETSCH
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000