Held
2-25-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 25, 2004

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02cv958 (WWE)**   **Arich v. MetroNorth**

Charles A. Deluca
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Charles C. Goetsch
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Robert O. Hickey
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK