# United States District Court
## District of Connecticut

Arich :
*Plaintiff*
   v.

Metro North
*Defendant*

Case No. 3-02-cv-958 WWE

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this __25th__ day of __Feburary__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE