UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -7 P 1:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GERALD ARICH

v.                              CIV. NO. 3:02CV958(HBF)

METRO-NORTH RAILROAD COMPANY

## SCHEDULING ORDER

A settlement conference was held on June 3, 2004. At the conclusion of the conference, the parties agreed to the following schedule.

Defendant will file a <u>Daubert</u> motion by June 30, 2004. Plaintiff's response will be filed on or before July 30, 2004. A hearing on the <u>Daubert</u> motion will be conducted on August 9 and August 10, 2004. The parties will be prepared for trial on October 25, 2004.

SO ORDERED at Bridgeport this 4th day of June 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE