UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gerald Arich<br><br>    Plaintiff<br><br>VS.<br><br>Metro-North Railroad Company<br><br>    Defendant | Civil Action<br>No: 3:02CV00958(WWE)<br><br><br>June 17, 2004 |

## MOTION FOR RESCHEDULING OF DAUBERT HEARING

Subsequent to a Conference before Judge Fitzsimmons, the Court scheduled a *Daubert* Hearing in the above-entitled case for August 9 and 10, 2004.

Unfortunately, the plaintiff's medical expert, Dr. Mark Cullen, will be out of the country from the last week of July through the week of August 16th.

Dr. Cullen will be available beginning the week of August 23rd. He is available during September, except for Tuesday afternoons and all day on Thursdays. He is free in October except for October 11th and 15th.

Accordingly, the plaintiff respectfully requests that the *Daubert* Hearing be rescheduled from August 9 & 10 to a date convenient to the Court when Dr. Cullen is available to testify. The plaintiff believes that one full day of hearing should accommodate the testimony of both Dr. Cullen and Dr. Maxfield (Metro-North's expert).

*Oral Argument Not Requested*

FOR THE PLAINTIFF,

BY /s/ Charles C. Goetsch
Charles C. Goetsch
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000
[ct 00776]

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid to:

Charles A. Deluca, Esq.
Ryan Ryan Johnson & Deluca
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

on this  17th  day of June, 2004.

/s/ Charles C. Goetsch
Charles C. Goetsch