**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
GERALD ARICH,                    :    3:02cv958 (WWE)
     Plaintiff,                  :
                                 :
v.                               :
                                 :
METRO-NORTH RAILROAD COMPANY,    :
     Defendant                   :
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

\_\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

XXX   A ruling on the following motions which are currently pending (orefm.): Doc.# 21  Motion for rescheduling of Daubert hearing

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A scheduling conference  (orefmisc/cnf)

\_\_\_\_ Other: A hearing on damages(orefmisc./misc)

SO ORDERED this 29th day of June, 2004, at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior U.S.D.J.