UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GERALD ARICH** | : | CIVIL ACTION NO. 3:02CV00958 |
| | : | (WWE) |
| V. | : | |
| | : | |
| **METRO-NORTH RAILROAD** | : | |
| **COMPANY** | : | JUNE 30, 2004 |

## MOTION TO PRECLUDE PLAINTIFF'S EXPERTS

The Defendant, Metro-North Railroad Company, hereby moves pursuant to Federal Rules of Evidence 104 and 702 to preclude the proffered testimony of plaintiff's experts, Mark Cullen, M.D. and Mridu Gulati, M.D.

The grounds upon which this motion is based are more fully set forth in an accompanying memorandum of law.

                                          THE DEFENDANT,
                                          METRO-NORTH RAILROAD

By: _____
     Charles A. Deluca (ct05255)
     Lauren E. Abbate (ct25696)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
**ORAL ARGUMENT REQUESTED**    Stamford, CT   06905
**TESTIMONY MAY BE REQUIRED**  Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Charles C. Goetsch, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Gerald Arich

                                        _____
                                        Lauren E. Abbate, Esq.