# United States District Court
## District of Connecticut

Arich
*Plaintiff*
v.

Metro North RR Co.
*Defendant*

Case No. 3:02cv958(WWE)

**FILED**
2004 JUL 26  P 2: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

\_\_\_ A settlement conference (orefmisc./cnf.)

\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

**X** Other: (orefmisc./misc)
**Daubert Hearing**

SO ORDERED this __26th__ day of __July__, __2004__ at New Haven, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE