UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

Gerald Arich                                            Civil Action
                                                        No: 3:02CV00958(WWE)

    Plaintiff

VS.

Metro-North Railroad Company              July 30, 2004

    Defendant

_____X

## PLAINTIFF'S MEMORANDUM IN OPPOSITION
## TO METRO-NORTH'S MOTION TO PRECLUDE EXPERTS

**Introduction**

    Has the expert used a reliable methodology in a reliable way? That is the essential question raised by any *Daubert* motion. There is no dispute that the methodology used here--"differential diagnosis" or "differential etiology"--is accepted by both medical science and the courts as reliable. And as will be seen, Metro-North's attempt to attack the way Dr. Mark Cullen used that methodology falls far short.

**Facts**

    Shortly before 3 p.m. on the afternoon of Tuesday, February 8, 2000, Metro-North locomotive engineer Gerald Arich reported to the Stamford Yard. He walked into the Yard and climbed up into Car #8417, the head end controlling car for Train #1369 due out of Stamford Station at 3:30 p.m. As he walked from the vestibule to the control cab area of the car, he noticed a grayish powder covering the floor. The window on the left side of the car was open,

and when he opened the cab door on the right side the open cab window created a cross wind that blew the dusty powder into the air.  It covered his face and clothes and the cab controls.  He began coughing, and called the Yardmaster on the radio asking for someone to clean it up or provide a different train for him to operate.

The Yardmaster told him to hold on and he would radio him back with instructions, so Arich waited in the cab area for several minutes ready to respond to the radio.  Finally, he backed up the aisle toward the vestibule coughing and needing to drink water.  At that point an electrician showed up.  She opened the vestibule doors, causing more crosswinds to blow the powdery dust around.  She took down a cardboard ad placard from the wall, scooped up some of the powder from the floor, and tried to push it out the window.  The wind blew it back in.  Then she started waving the cardboard to fan the powder out the windows.  All of these actions just made the situation worse, so at 3:27 p.m. Arich left the car and demanded a different train be used for his run to Grand Central Terminal.

Metro-North maintenance records show that Car #8417 was held at New Haven Shop from January 31st to February 5th.  On Friday, February 4th it had a burnt heating element, which is a condition that could cause smoke and sparking and precipitate the use of a fire extinguisher.  The Car was held in the Shop until the afternoon of Saturday, February 5th when it was released for revenue service.  As of that point in time the Car should have been cleaned and any powder removed.  On Monday, February 7th Car #8417 went on test Train #1533 from New Haven to Grand Central Terminal and then deadheaded back from Grand Central Terminal to check for any defects.  The Car should have had a daily cleaning each morning on February 7th and 8th.

The fire extinguisher material is a dusty powder known to be an irritant to the respiratory system, and includes hydrated alumina silicate. Its Material Safety Data Sheet warns against inhaling the powder and advises immediate evacuation of the area after use. Every Metro-North car should be cleaned in Stamford Yard prior to its release into revenue service. Obviously, such cleaning should include removal of any fire extinguisher powder where engineers and passengers must breathe. There was no reason why the fire extinguisher powder should have been present in the head end of the car where the engineer must work.

Arich immediately developed throat irritation, dry cough, and lightheadedness. He was seen by Metro-North Medical Department that day, and the next day by his family doctor, who took a chest x-ray (which was negative) and prescribed an inhaler. He lost one week from work after his exposure due to his symptoms of dry nonproductive cough, chest tightness, shortness of breath, and hoarse voice.

His symptoms persisted, and during the next several months he saw a pulmonologist and otolaryngologist. He was given another chest x-ray on September 11, 2000, which found a "possible nodule right lower lobe." His symptoms still persisted and he booked off from work for safety reasons on September 14, 2000 due to his inability to project his voice on the radio while operating the locomotive. He was given another chest x-ray on December 20, 2000, that plainly showed a 1.5 cm right lower lung nodule. A chest CT Scan done in January 2001 confirmed a 1.5 cm right lower lung nodule, and he was taken to the operating room for an open lung biopsy, which found a bronchiolectasis with acute inflammation and fibrosis.

After recovering from the surgery, Mr. Arich returned to work on May 25, 2001. However, his thoracotomy scar became hypertrophic and ropey, causing pain when he moved his arm or flexed his latissimus muscles. As a result, he underwent a second surgery on August 10,

2001 for scar revision and rearrangement of his muscle tissue. He returned to work on September 19, 2001, and continued working until his retirement in September of 2003.

In his deposition, Dr. Cullen described how Arich inhaled many small silicate dust particles from the fire extinguisher material. Most of those particles were cleared by the lungs' usual defense mechanisms, but one or more was inhaled deep down into the lower right lung and got stuck in a bronchiole there. It was not dislodged, and over a period of months the bronchiole became inflamed and necrotic, growing into a 1.5 cm nodule that ultimately was visible on x-ray 12 months later. That process also caused Arich's symptoms of throat irritation, coughing, hoarseness of voice with chronic laryngitis, and chest discomfort that persisted during the 12 months following his exposure. [Cullen depo. trs. at 10-14].

**Differential Diagnosis**

Differential diagnosis, also referred to as differential etiology, "is a standard scientific technique of identifying the cause of a medical problem by eliminating the likely causes until the most probable one is isolated." *Westberry v. Gislaved Gummi AB,* 178 F.3d 257, 262 (CA4 1999). A sub-body of *Daubert* law has developed with respect to the reliability of differential diagnosis, and "federal courts, generally speaking, have recognized that a properly conducted differential diagnosis is admissible under *Daubert.*" *Clausen v. M/V New Carissa, et al,* 339 F.3d 1049, 1057 (CA9 2003).

This District and the Second Circuit recognize differential diagnosis as a reliable methodology for proving the causation of a medical condition. *Perkins v. Origin Medsystems Inc.,* 299 F.Supp.2d 45, 57-59 (D.Conn 2004) ("Differential diagnosis is a reliable basis to prove general causation in this circuit."); *Baker v. Metro-North Railroad Co.,* 2003 U.S. Dist. LEXIS

19146 D.Conn. 2003); *Zuchowicz v. United States,* 140 F.3d 381, 387 (CA2 1998); and

*McCullock v. H.B. Fuller Co.,* 61 F.3d 1038, 1043-44 (CA2 1995).

There are two steps to a differential diagnosis: ruling in potential causes capable of causing the patient's symptoms, and then ruling out those causes until the most probable cause is isolated. Obviously, an expert who rules in a potential cause that in fact is not capable of causing the patient's symptoms is unreliable (i.e., the final isolated cause actually must be capable of causing the condition). Similarly, an expert who totally ignores a significant potential cause that may explain the clinical findings may also be unreliable.

Although differential diagnosis has many aspects, three are of particular interest here: the effect of an absence of specific scientific literature, the effect of a close temporal relationship, and the standard for ruling out alternative causes.

Absence of specific studies

The Second Circuit recognizes that a medical expert is not required to "back his or her opinion with published studies that unequivocally support his or her conclusions." *Amorgianos v. National RR. Passenger Corp.,* 303 F.3d 256, 266 (CA2 2002). Indeed, the Second Circuit has affirmed the admission of medical expert testimony despite the fact the expert "could not point to a single piece of medical literature" specifically supporting his opinion. *McCullock, supra,* at 1043.

This District elucidated the reason why specific studies are not necessary: "In the actual practice of medicine, physicians do not wait for conclusive, or even published and peer-reviewed, studies to make diagnoses to a reasonable degree of medical certainty." *Perkins, supra,* at 59, quoting *Heller v. Shaw Indus., Inc.,* 167 F.3d 146, 155 (CA3 1999). This is especially so when there are good reasons why there is a paucity of literature regarding the

particular scientific theory at issue. As the Ninth Circuit noted, the condition may be relatively

rare, generating insufficiently broad interest and few opportunities for scholarly research.

*Clausen, supra,* at 1060.   And the United States Supreme Court itself recognized in its *Daubert*

opinion that

> publication . . . is not the *sine qua non* of admissibility; it does not
> necessarily   correlate with reliability, and in some instances well-
> grounded but innovative theories will not have been published.   Some
> propositions . . . are too particular, too new, or of too limited interest to be
> published.

*Daubert,* 509 U.S. at 593 [citations omitted].   In the words of the Third Circuit, "We do not

believe that a medical expert must always cite published studies on general causation in order to

reliably conclude that a particular object caused a particular illness." *Heller, supra,* at 155.   In

short, federal courts recognize that a differential diagnosis alone may provide a valid foundation

for a causation opinion even in the absence of any published studies or articles supporting the

opinion. *Westberry, supra,* at 262.

<u>Close temporal relationship</u>

The Fourth Circuit and the Ninth Circuit have stressed that "While the mere fact that two

events correspond in time and space does not necessarily mean they are causally related, 'a

temporal relationship between exposure to a substance and the onset of a disease . . . can provide

compelling evidence of causation.'" *Clausen, supra,* at 1059-60, quoting *Westberry, supra,* at

265.   Indeed, "depending on the circumstances, a temporal relationship between exposure to a

substance and the onset of a disease or a worsening of symptoms can provide compelling

evidence of causation." *Westberry, supra,* at 265, citing to *Zuchowicz, supra,* at 385, 390.

This District recognizes the importance of a close temporal relationship:

> A strong temporal relationship between the patient's symptoms and exposure to the defendant's product can certainly assist a physician in offering a reasonable explanation. See *Heller*, 167 F.3d at 158 (noting that "when the temporal relationship is strong and is part of a standardized differential diagnosis, it would fulfill many of the *Daubert* factors.").

*Perkins, supra,* at 61 (D.Conn. 2004).   Thus, a physician is free to rely on close temporal relationship as an important factor when applying differential diagnosis methodology.

Standard for ruling out alternative causes

A medical expert is not required to rule out every possible alternative cause of a plaintiff's condition. *Heller, supra,* at 56 ("A medical expert's causation conclusion should not be excluded because he or she has failed to rule out every possible alternative cause of a plaintiff's illness.").  In the words of Judge Underhill:

> Although an expert is not required to eliminate every potential cause in order for his or her opinion to be admissible under *Daubert*, the expert is required to employ either standard diagnostic techniques to eliminate obvious alternative causes or, if the defendant suggests some likely alternative cause of the plaintiff's condition, the expert is required to offer a reasonable explanation why he or she still believes that the defendant's action or product was a substantial factor in bringing about the plaintiff's condition.

*Perkins, supra,* at 61 [citing numerous cases].  Judge Underhill noted that a strong temporal relationship between a patient's exposure and symptoms can certainly assist a physician is offering a reasonable explanation. *Id.*

**Dr. Cullen Credentials**

Dr. Mark Cullen is a Professor of Medicine and Public Health at the Yale University School of Medicine.  He is Director of the Yale Occupational and Environmental Medicine Program.  He is the author of the leading textbook on occupational medicine, *Textbook of*

*Clincial Occupational and Environmental Medicine*, and has published over 90 peer reviewed articles in the field. His expertise in his specialty of occupational medicine is unquestioned.[1] Indeed, one Circuit Court named Dr. Cullen as a leading expert in the use of differential diagnosis to determine the causation of occupational diseases. *Clausen, supra,* at 1057, n.4.

Dr. Cullen directs the Occupational Medicine Clinic at Yale. Every year fellows who study under him jointly examine patients at the clinic and draft reports for his review. One of those fellows was Dr. Gulati, who as part of her fellowship examined the plaintiff Gerald Arich in conjunction with Dr. Cullen. However, Dr. Cullen is the responsible physician who edits and signs off on every clinical report, and Dr. Cullen is the medical expert who will testify at trial, not Dr. Gulati.

**Metro-North's Argument**

Metro-North argues Dr. Cullen must not be allowed to testify because he did not "rule in" inhalation of dust-like fire extinguisher material as a potential cause of bronchiolectasis, and did not "rule out" all other possible causes of bronchiolectasis. Neither point stands up to an application of the law and facts.

**Bronchiolectasis**

The lungs can be thought of as an upside down tree, with a trunk (trachea), two main branches (stem bronchi), 23 divisions of progressively smaller bronchi, then even smaller bronchioles, and finally the air sacs called alveoli. The bronchioles are the smallest division of the lung structures and nothing larger than five microns gets through them. The image used by Dr. Cullen is that if the largest bronchi is an interstate highway, then the bronchioles would be smaller than a garden path. [Cullen depo. trs. at 8].

---

[1] See Dr. Cullen's *curriculum vitae attached.*

Bronchiectasis is an inflammatory disease of the bronchi marked by dilation and destruction of the bronchus wall. Bronchiectasis and bronchiolectasis are the same disease, the only difference being that bronchiolectasis refers to bronchiectasis of a smaller bronchi or bronchiole.

Bronchiectasis is an orphan disease. Orphan diseases are defined as:

> diseases of low frequency and are often neglected in research and treatment development because of a lack of commercial interest. Bronchectasis might now be described as an orphan disease. The prevalence of bronchiectasis is probably low and decreasing, but reliable statistical estimates are not avaliable. Study of such patients has not sparked much interest . . .

Barker and Bardana, Jr., "Bronchiectasis: Update of an Orphan Disease," 137 *American Review of Respiratory Diseases* 969-79 (1988).

Bronchiectasis' status as an orphan disease explains the relative dearth of published studies and articles describing it. However, the few textbooks and articles that do focus on it recognize the inhalation of foreign objects as one of its known causes. Fraser & Pare's standard textbook, *Diagnosis of Diseases of the Chest,* refers to this article:

> While the long retention of an intrabronchial foreign body is well recognized as a cause of permanent dilation of subtended bronchi, few patients who present with respiratory symptoms and who are found by investigation to have bronchiectasis have, at the time of investigation, an introbronchial foreign body. It is usually presumed, in these circumstances, that if bonchiectasis is not the result of a destructive lesion such as tuberculosis or chronic suppurative pneumonia permanent bronchial damge is the consequence of evanescent bronchial obstruction.

Kurklu, E.U., Williams, M.A., and le Roux, B.T., "Bronchiolectasis Consequent Upon Foreign Body Retention," 28 *Thorax* 601 (1973). The sparse literature on the subject of bronchiolectasis does not limit the type or size of foreign body capable of blocking a bronchiole. Examples are

mentioned, such as a particle of food, a pebble, vegetable matter, or a seed, but no article or textbook limits the universe of foreign objects capable of blocking a bronchiole.[2]  Bronchioles are located in the lower lobe of the lung and are one of the narrowest structures in the lung, with an opening of only .5 microns.  By definition, a foreign object capable of blocking a bronchiole must be extremely small.

Beyond inhalation of foreign objects, other known causes of bronchiectasis are: tuberculosis; cystic fibrosis; and pneumonic sequelae of whooping cough, measles, pertussis, adenovirus, or a major lung infection serious enough to force a patient to come under care of a doctor or hospital.

**Dr. Cullen's Application of Differential Diagnosis**

Metro-North argues that because fire extinguisher dust containing silicate is a foreign object that is not mentioned in the sparse literature on bronchiectasis, therefore it can not be "ruled in" as a potential cause of bronchiectasis.

The fallacy of this argument is obvious.  It is beyond dispute that foreign objects are a known cause of bronchiectasis.  It is also beyond dispute that none of the literature limits the size or type of foreign body capable of causing bronchiectasis.  Indeed, dust-like foreign objects are recognized as being capable of causing bronchiectasis. [Cullen depo. trs. at 14, 16-17].  All that is required is that the foreign body be of a size capable of fitting into and plugging the opening of a bronchiole.  The universe of foreign objects capable of blocking bronchioles obviously is not limited to the few objects that happened to be mentioned in the sparse literature.

---

[2] The literature does recognize, however, that "Bronchiectasis from foreign body aspiration usually occurs on the right and in the lower lobe or posterior segments of the upper lobe." Barker, *supra*, at 970.   That is precisely where Arich's bronchiolectasis was located.

Moreover, the federal courts do not require the existence of published studies specifically mentioning a particular foreign object as being part of the universe of objects capable of causing bronchietasis.  A physician is free to apply a differential diagnosis methodology to arrive at an opinion regarding causation even in the absence of any medical literature supporting his opinion. This is especially true when the condition is question is an orphan disease that has not sparked much research interest.  Bronchietasis is such an orphan disease, and the resulting paucity of literature is not a significant factor here.[3]

Metro-North argues that Dr. Cullen did not rule out other possible causes of Mr. Arich's bronchietasis.  On the contrary, Dr. Cullen did consider other possible causes, and ruled them out in light of Arich's medical history and the compelling temporal relationship between his exposure and the development of symptoms and x-ray findings.

Dr. Cullen examined Mr. Arich at his Clinic and reviewed his exposure history and medical records.  In his deposition, Dr. Cullen confirmed that given Mr. Arich's clear chest x-ray taken in February 2000 shortly after his exposure, his September 11, 2000 chest x-ray finding "possible nodule right lower lobe," and his December 20, 2000 x-ray plainly showing the right lower lung nodule, is it reasonably medical probable that the nodule did not preexist the February 8, 2000 exposure but only developed afterward as a result of that exposure.

In his deposition, Dr. Cullen explained in detail how he considered and eliminated the three possible causes of Arich's condition: a particle inhaled, a particle aspirated from the stomach, and inflammatory material after a serious infection. [Cullen depo. trs. at 64-65].  Dr. Cullen also explained why he concluded inhalation of a particle from the fire extinguisher dust exposure was the cause [Cullen  depo. trs. at 18-21; 32; 65].  The temporal relationship between

---

[3] Dr. Cullen notes that the lack of case reports stems from it uncommonness, and he did consider writing Arich's case up for peer review publication. Cullen depo. trs. at 37.

exposure and symptoms, plus the x-ray record in the 12 months following exposure, seal it for Cullen: "That [first negative] x-ray says to me that this was a processing evolution that occurred in the year 2000, didn't occur way before then and since there was no other clinical illness to explain it after then I have no choice but to conclude what I have concluded." *Id.* at 32. Arich's medical records do not show any pneumonia or serious infection, nor any loss of consciousness or seizure during which aspiration could occur. *Id.* at 65. "The only two even remotely attractive alternatives just have no premise . . . there's no story to go with them where with this there is a story to go with this and I think, frankly, the story fits pretty well." *Id.* at 51. Given that evidence, "the others are really non-starters." *Id.* at 21.

As noted above, a physician is only required to eliminate obvious alternative causes or, if the defendant suggests some likely alternative cause of the plaintiff's condition, to offer a reasonable explanation why he discounts such an alternative cause.

Here, Metro-North's medical expert, Dr. Maxfield, contends that a minor focal infection could have caused Arich's condition. Dr. Cullen confirmed that any infection capable of causing such a nodule to develop has to be a major lung infection generating symptoms that would send a patient to a doctor's office or hospital for attention. [Cullen depo. trs. at 65-66] Mr. Arich had no record of any such lung infection, and Dr. Maxfield was forced to admit that there is absolutely no evidence in Arich's medical records or history to support such an alternative cause. [Maxfield depo. trs. at 41-42; 54]. Thus, Dr. Cullen readily explained how the medical record itself eliminates Metro-North's alternative explanation.

**Conclusion**

Metro-North's argument that Dr. Cullen did not adquately rule in and rule out potential causes of Mr. Arich's bronchiolectasis fails on both counts. Foreign objects such as dust-like fire extinguisher material are definitely ruled in as a cause of bronchiolectasis. Dr. Cullen ruled out any of the other potential causes, especially in light of the facts regarding his medical history, the progression of Arich's symptoms, and the x-ray results over the 12 months following his exposure. There is no evidence in Arich's medical record supporting Dr. Maxfield's alternative theory of causation.

In short, Dr. Cullen used a reliable methodology in a reliable way. Accordingly, for the reasons set forth above, the plaintiff respectfully requests that the Court deny Metro-North's *Daubert* challenge to Dr. Cullen's testimony, and thus avoid the delay and cost generated by an unnecessary evidentiary hearing. F.R.Civ.P. 1.

FOR THE PLAINTIFF,

BY

Charles C. Goetsch
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000
CT0776

**<u>Certificate of Service</u>**

This is to certify that a copy of the foregoing was first class mail, postage prepaid to:

Charles A. Deluca, Esq.
Ryan Ryan Johnson & Deluca
80 Fourth Street
Stamford, CT 06905

on July 30, 2004.

_____
Charles C. Goetsch

# Attachment

# MARK RICHARD CULLEN, M.D.

**Curriculum Vitae**

| | |
|---|---|
| Home Address: | 22 Lee Way |
| | Madison, CT  06443 |
| | |
| Office Address: | Yale Occupational and Environmental Medicine Program |
| | 135 College St. 3rd floor |
| | New Haven, CT  06510 |
| | Ph:  203-785-6434 |
| | Fax: 203-785-7391 |
| | |
| Place of Birth: | Philadelphia, PA |
| Date of Birth: | February 25, 1950 |
| Spouse: | Michele Barry, M.D. |
| Children: | Zoe B. Cullen   -  11/8/83 |
| | Esme B. Cullen  -  5/28/86 |

## Education:

Central High School, Philadelphia, PA., 1967, Valedictorian
Harvard College, 1967-71, A.B. with Honors 1971; Major:  Philosophy & Physics
Yale University School of Medicine, 1972-76, M.D., with Honors 1976
Residency in Internal Medicine, Yale-New Haven Hospital, 1976-79
Chief Resident, Outpatient Department, Yale-New Haven Hospital, 1979-1980

## Prizes & Awards:

Westinghouse National Science Talent Search, Fifth Place, 1967
Perkins Prize for Highest Achievement in PreClinical Sciences, 1974
Campbell Prize for Highest Grade in Medical School, 1976
AOA, elected 1976
Henry J. Kaiser Family Foundation Faculty Scholar in General Internal Medicine, 1983-1988
Member, Institute of Medicine (National Academy of Sciences) Elected, 1997

## Work Experience:

Professor of Medicine and Public Health, Yale University School of Medicine, 1993-present
Associate Professor of Medicine and Epidemiology, Yale University School of Medicine, 1985-1993
Assistant Professor of Medicine, Yale University School of Medicine, 1980-1985
Director, Yale Occupational and Environmental Medicine Program, 1980-present
Visiting Professor, University of Zimbabwe Faculty of Medicine, 1988
International Labor Organization Consultant in Occupational Health in Zimbabwe, 3/1990-4/1990
Consultant, IFA Quito, Ecuador, 8/1993-12/1993
NIOSH Consultant to US-South Africa Bi-national Commission, Republic of South Africa, 1997

## Advisory Positions:

Medical Consultant, International Chemical Workers Union, 1981-present
Member, Scientific Advisory Panel - Semiconductor Industry Association Directors Task Force on Health and
      Safety, 1987-1993, 1999-present
Member, NIH Study Section (OH), 1988-1991

Mark R. Cullen, M.D
February 3, 2004

Member, UAW/General Motors Occupational Health Advisory Board, 1988-1994
Member, Department of Energy Secretarial Panel for the Evaluation of Epidemiologic Research Activities,
    1989-1990
Member, Pretest Committee, American Board of Internal Medicine, 1989-1990
Member, Scientific Advisory Committee to University of Iowa Persian Gulf War Veterans Study, 1994-1997
Member, NIOSH Board of Scientific Counselors 1995-1999
Member, DuPont Epidemiology Review Board, 1996-present
Member, MacArthur Foundation Network on SES and Health, 1996-present
Member, Institute of Medicine Board on Health Sciences Policy, 1996-present
Corporate Medical Director, Aluminum Co. of America, 1997-present
Member, Steering Committee NAS Workshop on Musculoskeletal Injuries, 1998, 1999-2001
Member, Scientific Advisory Committee, Semiconductor Industry Association, 2000-2001.

## Board Certifications:

American Board of Internal Medicine, 1979
Certified B-Reader (NIOSH), 1982; recertified 1986
American Board of Preventive Medicine - Occupational Medicine, Specialty, 1986

## Area of Research Interest

Occupational and Environmental Medicine

## Editorial Boards:

American Journal of Industrial Medicine, 1991-present
Western Journal of Medicine, 1998-present
Journal of Children's Health, Associate Editor, 2002-present

## Professional Societies:

Member, American Public Health Association, 1982-present
Member, American College of Occupational and Environmental Medicine, 1979-present
Member, Association of Occupational and Environmental Clinics, (Interim Board of Directors, 1986-1988).
Member, Connecticut Academy of Science and Engineering, 2002

## Grants and Contracts:  Funding, 1979— present
Curriculum Development Award in Occupational/Environmental Medicine, 1 D31 PE -1103, 1979-1981,
    Project Director; RH Gifford, Principal Investigator
Occupational Health Medical Technical Resource, subcontract of DOL Grant EAF 9D314, 1979-1981;
    Principal Investigator
Effect of Lead Intoxication on Neuroendocrine and Reproductive Function, March of Dimes #15 –
    3; 1980-1984; Principal Investigator
Health Hazard Evaluation Medical Consultative Services, NIOSH Cooperative Agreement 210 – 81 - 5017,
    1980-1983; Principal Investigator
Henry J. Kaiser Family Foundation Faculty Scholar Award, 1983-1988; Principal Investigator
Epithelial Surface Proteins: Markers of Cancer Risk, RO1 – OHO - 2114, 1985-1989; Co-investigator WW
    Merrill, Principal Investigator

2

Mark R. Cullen, M.D
February 3, 2004

New Approach to the Prevention of Occupational Related Disease, Charles A Dana Foundation, 1985-1989;
    Principal Investigator
Chemoprevention Trial of Efficacy of Beta-Carotine/Retinol in Populations at High Risk for Lung Cancer,
    NCI 1 RO1 CA48200 -01, 1988-1994; Principal Investigator
Connecticut Road Industry Surveillance Project, NIOSH U60/CCV106170, 1990-1996; Principal Investigator
Academic Award in Environmental/Occupational Medicine, NIEHS 1KO7 ES00227, 1991-1996; Principal
    Investigator
Biomarkers of Disease and Vitamin A in Asbestos Workers, NCI R01 CA/OH68148, 1995-1997; Co-
    Investigator
Occupational Health Clinic Award (State of Connecticut), 1990-; Principal Investigator
Chemoprevention Trial of Efficacy of Beta-Carotene/Retinol in Populations at High Risk for
    Lung Cancer, NCI 2UOI CA48200, 1994-1999; Principal Investigator
Investigation of Morbidity Patterns Among Alcoans, John B. and Catherine T. MacArthur Foundation, 1997-
    1999; Principal Investigator
Pathogenesis of Isocyanate Asthma, (Asthma SCOR, NHLBI), 1996-2001; PI Clinical Core, Co-Investigator,
    Project #6
Isocyanate Dermal Exposures in Autobody Shops. NIOSH, 1 R0 0H03727-01, 1998-2001, Principal
    Investigator
Epidemiologic Study of Isocyanate Asthma in Autobody Shops, NIOSH 1 R01OH0347, 1997-2002,
    Principal Investigator.
Longitudinal Study of Isocyanate Asthma in Body Shops, NIOSH 1 R01 OH03457-07, 2002-2007,
    Principal Investigator
Injury and Musculoskeletal Disorders Among Aging Workers in an Industrial Work Force, NIOSH 5-R01-
    OH0-4040, 1999-2002; Principal Investigator
Training Program Project in Occupational Medicine, NIOSH T01/CCT110453, 1987-2006, Principal
    Investigator
CARET Coordinating Center, Fred Hutchinson Center, 1999-2004
Isocyanate Exposure Intervention Study in Body Shops, CDC 1 R091 OH04246, 2002-2005, Co-Investigator

## Publications:

## Original Peer-reviewed Manuscripts

1.    Cullen M, Robins J. Diseases of the workplace - The clinician's role. Conn Med 1981; 45:363-9.
2.    Cullen M, Balmes J, Robins J, Smith GW. Respiratory tract disease caused by oil mist exposure from a
    steel rolling tandem mill. Am J Indust Med 1981; 2:51-9.
3.    Balmes JR, Sostman HD, Cullen MR. Differentiating asbestos-related pleural plaques from peripheral
    parenchymal lesions by computerized tomography, Conn Med 1982; 46:515-7.
4.    Robins JM, Cullen MR, Connors BB, Kayne RD. Depressed thyroid indices associated with
    occupational exposure to inorganic lead. Arch Intern Med 1983; 143:220-4.
5.    Cullen MR, Robins JM, Eskenazi B. Adult inorganic lead intoxication - presentation of 31 new cases and
    a review of recent advances in the literature. Medicine (Baltimore) 1983; 62:221-47.
6.    Cullen MR, Robins JM, Kayne RD. Endocrine and reproductive dysfunction in men associated with
    occupational inorganic lead intoxication. Arch Environ Health 1984; 39:431-40.
7.    Cullen MR, Rado T, Waldron JA, Sparer J, Welch LS. Bone marrow injury in lithographers exposed to
    glycol ethers and organic solvents used in multicolor offset and ultraviolet curing printing processes.
    Arch Environ Health 1983; 38:347-54.
8.    Schottenfeld RS, Cullen MR. Organic affective illness associated with lead intoxication. Am J Psych
    1984; 114:1423-26.

Mark R. Cullen, M.D
February 3, 2004

9.     Cullen MR.  Occupational medicine: a new focus for general internal medicine.  Arch Intern Med 1985; 145:511-15.

10.    Schottenfeld RS, Cullen MR.  Occupation-induced post-traumatic stress disorders.  Am J Psych 1985; 142:198-202.

11.    Schottenfeld RS, Cullen MR.  Recognition of occupation-induced post-traumatic stress disorders.  J Occup Med 1986; 28:365-9.

12.    Cullen MR, Cherniack MG, Kominsky JR.  Chronic beryllium disease in the United States. Semin in Respir Med 1986; 7:203-9

13.    Cullen MR, Kominsky JR, Rossman MD, Cherniack, MG, Rankin JA, Balmes JR, et al.  Chronic beryllium disease in a precious metal refinery:  clinical epidemiologic and immunologic evidence for continuing risk from exposure to low level beryllium fume.  Am Rev Resp Dis 1987; 135:201-8.

14.    Redlich CA, Beckett WS, Sparer J, Barwick KW, Reily CA, Miller H, Siegal S, Cullen MR.  Liver disease associated with occupational exposure to the solvent dimethylformamide.  Ann Intern Med. 1988; 105:680-86.

15.    Cullen MR.  Controversies in asbestos related lung cancer.  Occupational Medicine: State of the Art Reviews 1987; 2:259-72.

16.    Rosenstock L, Cullen MR.  The scientific, ethical, and legal reasons not to perform routine urine drug testing in workers.  J Gen Intern Med 1987; 2:135-7.

17.    Rossman MD, Kern JA, Elias JA, Cullen MR, Epstein PE, Preuss OP, Markham TN, Daniele RP. Lung proliferation to beryllium:  A diagnostic test for chronic beryllium disease.  Ann Intern Med 1988; 108:687-92.

18.    Sparer J, McManus K, Welch LS, Cullen MR.  Effects of exposure to ethylene glycol ethers on shipyard painters. I: Evaluation of exposure. Am J Indust Med 1988; 14:497-507.

19.    Welch LS, Schraeder SM, Turner TW, Cullen MR.  Effects of exposure to ethylene glycol ethers on shipyard painters. II: Male Reproduction.  Am J Indust Med 1988; 14:509-26.

20.    Welch LS, Cullen MR.  Effects of exposure to ethylene glycol ethers on shipyard painters. III: Hematologic effects.  Am J Indust Med 1988; 14:527-36.

21.    Cullen MR, Rosenstock L.  The challenge of teaching occupational and environmental medicine in internal medicine residencies.  Arch Intern Med 1988; 148:2401-4.

22.    Cullen MR, Cherniack MG.  The spectrum of occupational disease in an academic hospital-based referral center in Connecticut, 1979-87.  Arch Intern Med 1989; 149:1621-6.

23.    Cullen MR.  Clinic training with a public health focus - Discussion.  Toxicol Indust Health 1989; 5:79-82.

24.    Siegel M, Forsyth B, Siegel L, Cullen MR.  The effect of lead on thyroid function in children.  Environ Res 1989; 49:190-6.

25.    Cullen MR.  The role of clinical investigations in biologic markers research.  Environ Res 1989; 50:1-10.

26.    Barry M, Cullen MR, Loewensen RH, Thomas JEP.  Letter from Zimbabwe: Health care changes after independence and transition to majority rule.  JAMA 1990; 263:638-40.

27.    Cullen MR, Cherniack MG, Rosenstock L.  Medical Progress: Occupational Medicine.  New Eng J Med 1990; 322:594-601 (part 1), 675-83 (part 2).

28.    Herzstein J, Cullen MR.  Methyl bromide intoxication in field workers during removal of soil fumigation sheets.  Am J Indust Med 1990; 17:321-6.

29.    Cullen MR, Baloyi RS.  Prevalence of pneumoconiosis among coal and heavy metal miners in Zimbabwe.  Am J Indust Med 1990; 17:677-82.

30.    Redlich CA, West AB, Fleming L, True LD, Cullen MR, Riely CA.  Characteristics of dimethylformamide hepatotoxicity in factory workers: Evidence for clinically and pathologically distinct patterns of acute and chronic effects.  Gastroenterology 1990; 99:748-57.

Mark R. Cullen, M.D
February 3, 2004

31.   Cullen MR.  Clinical surveillance and management of occupational asthma. Tertiary prevention by the primary practitioner.  Chest 1990; 98:196S-201S.

32.   Cullen MR, Baloyi RS.  Chrysotile asbestos and health in Zimbabwe. I: Analysis of miners and millers compensated for asbestos-related diseases since Independence (1980).  Am J Indust Med 1991; 19:161-9.

33.   Cullen MR, Lopez-Carrillo L, Alli B, Pace PE, Shalat SL, Baloyi RS.  Chrysotile asbestos and health in Zimbabwe. II: Health survey among active miners and millers.  Am J Indust Med 1991; 19:171-82.

34.   Cullen MR, Figueroa ST.  Incorporating environmental medicine into training programs in occupational medicine.  J Occup Med 1990; 32:1104-7.

35.   Barry M, Patterson JE, Tirrell S, Cullen MR, Shope RE.  The effect of chloroquine prophylaxis on yellow fever vaccine antibody response: Comparison of plaque reduction neutralization test and enzyme-linked immuno-sorbent assay.  Am J Trop Med 1991; 44:79-82.

36.   Merrill WW, Carter D, Cullen MR.  The relationship between large airway inflammation and airway metaplasia.  Chest 1991; 100:131-5

37.   Omenn GS, Goodman G, Grizzle J, Thornquist M, Rosenstock L, Barnhart S, Anderson G, Balmes J, Cherniack M, Case J, Cullen M, Glass A, Keogh J, Meyskens F, Valanis B.  CARET, the beta-carotene and retinol efficacy trial to prevent lung cancer in asbestos-exposed workers and in smokers.  Anti-Cancer Drugs 1991; 2:79-86.

38.   Rosenstock L, Rest KM, Benson JA Jr, Cannella JM, Cohen J, Cullen MR, Davidoff F, Landrigan PJ, Reynolds RC, Clever LH, Goldstein BD.  Illness from the environment:  Meeting the growing need for clinical services.  N Eng J Med 1991; 325:924-7.

39.   Cullen MR.  Multiple chemical sensitivities - development of policy in the face of scientific uncertainty.  New Solutions Fall 1991; 2:16-24.

40.   Merrill WW, Carter D, Cullen MR.  The relationship between large airway and alveolar space inflammation and airway metaplasia.  Respiration 1992; 59(Supp 1):38-40.

41.   Omenn GS, Goodman G, Grizzle J, Thornquist M, Rosenstock L, Barnhart S, Anderson G, Balmes J, Cherniack M, Cullen M, Glass A, Keogh J, Meyskens F, Valanis B, Williams Jr, J.  Recruitment for CARET, the beta-carotene and retinol efficacy trial to prevent lung cancer in smokers and in asbestos-exposed workers.  Western J of Med 1992; 156:540-4.

42.   Cullen MR, Merrill WW.  Association between neutrophil concentration in bronchoalveolar lavage and recent losses in diffusing capacity in men formerly exposed to asbestos.  Chest 1992; 102:682-7.

43.   Merrill WW, Carter D, Cullen MR, Marenberg M.  The relationship between bronchoalveolar lavage findings and airway metaplasia in asbestos-exposed subjects after control of exposure. Chest 1992; 102:688-93.

44.   Cullen MR, Pace PE, Redlich CA.  The experience of the Yale Occupational and Environmental Medicine Clinics with multiple chemical sensitivities, 1986-91.  Toxicol Indust Health 1992; 8(4):15-19.

45.   Cullen MR, Solomon L, Pace PE, Buckley P, Duffy T, McPhedron P, Kelsey KT, Redlich CA.  Morphologic, biochemical, and cytogenetic studies of bone marrow and circulating blood cells in painters exposed to ethylene glycol ethers.  Environmental Research 1992; 59:250-264.

46.   Berman L, Cullen MR, Miller PL.  Automated integration of external databases:  A knowledge-based approach to enhancing role-based expert systems.  Computers and Biomed Res 1993; 26:230-41.

47.   Thornquist MD, Omenn GS, Goodman GE, Grizzle JE, Rosenstock L, Barnhart S, Anderson GL, Hammar S, Balmes J, Cherniack M, Cone J, Cullen MR, Glass A, Keogh JP, Meyskens Jr F, Valanis B, Williams Jr JH.  Statistical design and monitoring of the carotene and retinol efficacy trial (CARET).  Cont Clinical Trials 1993; 14:308-24.

48.   Cullen MR, Upton A, Buffler P, et al. The private funding of public research. J Occup Med 1994; 36:1348-54.

49.   Schonfeld DJ, Cullen MR, Rainey PM, et al.  Screening for lead poisoning in an urban pediatric clinic using samples obtained by fingerstick.  Pediatrics 1994; 94:174-9.

50.   Barry M, Bia F, Cullen MR, et al. Arenavirus infection - Connecticut.  MMWR 1994; 43:635-6.

Mark R. Cullen, M.D
February 3, 2004

51.    Schonfeld DJ, Rainey PM, Cullen MR, Showalter DR, Cicchetti DV.  Screening for lead poisoning by fingerstick in suburban pediatric practices. Arch Ped Adolescent Med 1995; 149:447-50.

52.    Harari R, Cullen MR. Childhood lead intoxication associated with manufacture of roof tiles and ceramics in the Ecuadorian Andes. Arch Environmental Health 1995; 50:393.

53.    Cullen MR, Harari R.  Occupational research in developing countries: The experience in Ecuador. Intl Occup Environ Health 1995; 1:39-46.

54.    Maurer KF, Cullen MR, Erdil M, et al.  Controlling lead toxicity in bridge workers—Connecticut 1991-1994.  MMWR 1995; 44:76-78.

55.    Maurer KF, Cullen MR, Erdil M, Hammond SK, Garcia M.  Lead toxicity among bridge workers—1994.  MMWR 1995; 44:913.

56.    Cullen MR.  Epidemiologic methods for the study of occupational asthma: Current problems and solutions.  Chest 1996;109:51(s)-54(s).

57.    Redlich CA, Homer RJ, Smith BR, Wirth JA, Cullen MR.  Immunologic responses to isocyanates in sensitized asthmatic subjects. Chest 1996; 109:6(s)-8(s).

58.    Omenn GS, Goodman G, Thornquist M, Barnhart S, Balmes J, Cherniack M, Cullen M, Glass A, Keogh J, Liu D, Meyskens F, Perloff M, Valanis B, Williams J.  Chemoprevention of lung cancer: The β carotene and retinol efficacy trial (CARET) in high-risk smokers and asbestos-exposed workers. Scientific Publication No. 136, 1996:67-85.

59.    Cullen MR.  The significance of individual sensitivity to chemicals.  Clin Chem 1995; 41:1809-13.

60.    Cullen MR, Redlich CA, Beckett WS, Weltmann B, Sparer J, Jackson G, Ruff T, Rubinstein E, Holden W.  A survey of respiratory symptoms and peak flow recordings in autobody shop workers exposed to isocyanate containing spray paint. Occupational Medicine 1996; 46:197-204.

61.    Omenn GS, Goodman GE, Thornquist MD, Balmes J, Cherniack MG, Cullen MR, et al. Effects of the combination of beta-carotene and vitamin A on lung cancer incidence, total mortality and cardiovascular mortality in smokers and asbestos smokers. New Eng J Med 1996; 334:1150-55.

62.    Cullen MR, Checkoway H, Alexander BA.  Investigation of a cluster of pituitary adenomas among aluminum industry workers.  Occupational and Environ Med  1996; 53:782-6.

63.    Omenn GS, Goodman GE, Thornquist MD, Balmes J, Cullen MR, Glass A, et al.  Risk factors for lung cancer and for intervention effects in CARET, the beta-carotene and retinol efficacy trial. JNCI 1996; 88:1550-9.

64.    Redlich CA, Sparer JS, Cullen MR.  Sick building syndrome.  The Lancet 1997; 349:1013-6.

65.    Russi M, Dubrow R, Cullen MR, Mayne ST.  Occupational exposures to machining fluids and laryngeal cancer risk contrasting results using two separate control groups. AJIM 1997: 31:166-71.

66.    Chuwers P, Barnhart S, Blanc P, Brodkin CA, Cullen MR, Kelly T, Keogh J, Omenn G, Williams J, Balmes JR.  The protective effect of ß-carotene and retinol on ventilatory functioning in an asbestos-exposed cohort.  Am J Resp Crit Care Med 1997; 155:1066-71.

67.    Redlich CA, Karol MH, Graham CK, Homer RJ, Holm C, Wirth JA, Cullen MR. Demonstration of Airway isocyanate-adducts in a patient with HDI-induced asthma. Scand J Work Environ Health 1997; 23:227-31.

68.    Barnhart S, Keogh J, Cullen M, et al.  The CARET asbestos exposed cohort: Baseline characteristics and comparison to other asbestos-exposed cohorts. AJIM 1997; 32:573-81.

69.    Redlich CA, Van Bennekum AM, Chung J, Clever SL, Blaner WS, Holm C, Cullen MR..  The effect of supplementation with vitamin A and beta-carotene on lung nutrient levels. Cancer Epid Biomarkers Prev 1998; 7:211-14.

70.    Mayne ST, Redlich CA, Cullen MR.  Dietary vitamin A and prevalence of bronchial metaplasia in asbestos exposed workers, Am J Clin Nutr 1998; 68:630-5.

Mark R. Cullen, M.D
February 3, 2004

71.    Schumacher C, Brodkin CA, Alexander B, Cullen MR. et al.  Thyroid function in lead smelter workers: Absence of subacute or cumulative effects with moderate lead borders.  Int Arch Occ Env Health 1998; 71:453-458.

72.    Redlich CA, Chung JS, Cullen MR, Blaner WS, Van Bennekum AM, Berglund L.  Effect of long-term beta-carotene and vitamin A on serum cholesterol and triglyceride levels among participants in the carotene and retinol efficacy trial (CARET).  Artherosclerosis, 1999; 143:427-34.

73.    Rabinowitz PM, Cullen MR, Feinstein RE.  Commentary: Host/environment medicine.  A family practice model for the future.  Family Medicine 1998; 30(4):297-300.

74.    Cullen MR.  Occupational health in the 20th century: Spiraling to the future.  Ann Rev Pub Health 1999; 20:1-13.

75.    Acquavella JF, Weber J, Cullen MR, et al.  Ocular effects from reported exposures to  formulated glyphosate herbicides. Human Exper Toxicol 1999; 18:479-86.

76.    Shmueli A, Cullen MR.  Birthweight, maternal age and education in the U.S.: New Observations.  Yale J Biol Med 1999; 72(4):245-258.

77.    Rabinowitz PM, Cullen MR, Lake HR.  Wildlife studies for identification of human health hazards: An epidemiologic perspective. J Environ Med 1999; 1:217-223.

78.    Liu Y, Sparer J, Woskie S, Cullen MR, Chung J, Holm C, Redlich CR.  Qualitative assessment of isocyanate skin exposure in autobody shops.  AJIM 2000; 37:265-74.

79.    Vork KL, Hammond SK, Sparer J, Cullen MR.  Prevention of lead poisoning in construction  workers.  A new public health approach.  AJIM 2001; 39:243-53.

80.    Redlich CA, Stowe MH, Wisnewski AV, Eisen E, Karol MH, Lemus R, Holm CT, Chung J, Sparer J, Liu Y, Woskie S, Appiah-Pippim J, Gore R, and Cullen MR.  Subclinical immunologic and physiological responses in hexamethylene diisocyanate-exposed auto body shop workers. Am J Ind Med 2001; 39:587-97.

81.    Acquavella JF, Cowell JE, Cullen MR, Farmer DR, Pastides H.  Implications of glyphosate toxicology and human biomonitoring data for epidemiologic research.  J Agromedicine 2001;7:7-27.

82.    Redlich CA, Stowe MH, Coren BA, Wisnewski AV, Holm CT, and Cullen MR.  Diisocyanate-exposed auto body shop workers: A one-year follow-up.  Am J Indus Med 2002;42:511-518.

83.    Agalliu I, Eisen EA, Hauser R, Redlich CA, Stowe MH, Cullen MR, Wegman DH, Christiani DC, Kennedy SM.  The effects of truncating the dose protocol in methacholine challenge testing in three occupational studies. JOEM.  In press.

84.    Rabinowitz PM, Cullen M, Slade M, Dixon-Ernst Ch, Sircar K.  Impact of OSHA final rule—recording hearing loss. JOEM.  In press.

85.    Sparer J, Stowe M, Bello D, Youngs BF, Gore K, Liu YC, Cullen MR, Redlich C, Woskie S.  Isocyanate exposures in auto body shop work:  The SPRAY study (submitted).

86.    Woskie SR, Sparer J, Gore R, Stowe M, Bello D, Liu YC, Youngs F, Cullen MR.  Determinants of isocyanate exposure in auto body repair and refinishing shops (submitted).

87.    Bello D, Woskie SR, Streiker RP, Redlich CA, Ellenbecher MJ, Eisen EA, Cullen MR, Liu Y, Stowe MH, Sparer J, Youngs F.  Polyisocyanates in occupational environments: A critical review of exposure metrics and standards (in preparation).

88.    Cartmel B, Dzivra J, Cullen MR, Vegso S, Goodman G, Redlich CA.  Cholesterol and triglyceride levels in the vanguard population of the Carotene and Retinol Efficacy Trial (CARET).  (Submitted).

89.    Cullen MR, Barnett M, Balmes J, Cartmel B, Redlich CA, Brodkin D, Barnhart S, Rosenstock L, Goodman GE, Hammar S, Omenn GS.  Predictors of lung cancer among asbestos exposed men in the CARET trial (submitted to ARRDCCM).

90.    Sood A, Beckett WS, Cullen MR.  Variable response to long-term corticosteroid therapy in clinically apparent chronic beryllium disease.  Submitted (Chest), 2003.

Mark R. Cullen, M.D
February 3, 2004

91.    Goldstein DA, Shelton PE, Cullen MR, Easterday PA, Eppard PH, Cabanilla BR.  An industrial hygiene and safety program for antibody production in maize: Responding to the challenge of novel technology.  (Submitted, 2003).

## Books

1.    Rosenstock L, Cullen MR.  Clinical Occupational Medicine (textbook). Philadelphia: Saunders, 1986.
2.    Cullen MR. (ed.),.  Workers with Multiple Sensitivities.  Occupational Medicine: State of the Art Reviews.  Hanley and Belfus:Philadelphia, PA, 1987.
3.    Rosenstock L, Cullen MR. (eds.), Textbook of Clinical Occupational and Environmental Medicine. Saunders:Philadelphia, PA, 1994.
4.    Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier Ltd:London, 2004.

## Book Reviews, Editorials, Letters

1.    Gee JBL, Cullen M.  Cellular function in occupational lung disease: new directions.  Chest 1980; 78(supp l):393-4.
2.    Balmes J, Cullen MR, Gee JBL.  What infections occur in patients with occupational lung disease?  Clin Chest Med 1981; 2:111-20.
3.    Cullen MR.  Book review of Occupational Lung Disorders (Parkes WR).  J Respir Dis 1982; 3:84.
4.    Cullen MR.  Respiratory diseases due to hard metals:  A continuing enigma (editorial).  Chest 1984; 86:513-14.
5.    Cullen MR.  Book review of Occupational Lung Diseases (Morgan and Seaton).  Chest 1985; 88 (December):2.
6.    Cullen MR.  Book Review of Gastrointestinal Toxicology (Rozman K and Hanninen O, [eds]). Gastroenterology 1987; 93:662-3.
7.    Cullen MR.  Book review of Occupational Medicine (LaDou J, ed).  New Eng J Med 1991; 324:66
8.    Cullen MR.  Implications for the Use of TLVs to Clinical Occupational Medicine Practice.  Am J Ind Med 1991; 19:679-80.
9.    Turk DS, Schonfeld DJ, Cullen MR, Rainey P.  Sensitivity of erythrocyte protoporphyrin as a screening test for lead poisoning.  NEJM 1992; 326:137-8.
10.    Rosenstock L, Benson JA, Clever LH, Cullen MR.  Occupational and Environmental Medicine. (Letter) NEJM 1992; 326:714.
11.    Cullen MR.  The amphibole hypothesis: gone but not forgotten.  Am J Pub Health 1996; 86:158-9.
12.    Cullen MR.  Chrysotile asbestos.  Enough is enough.  The Lancet 1998; 351:1377-8.
13.    Acquavella J, Farmer D, Cullen MR. A Case-control study of non-hodgkins lymphoma and exposure to pesticide.  Cancer 1999;86:729-730.
14.    Goldstein DA, Johnson G, Farmer D, Martens MA, Ford JE, Cullen MR.  Pneumonitis and herbicide exposure.  Chest 1999; 116:1139.
15.    Acquavella JF, Cullen MR.   Glutathione transferase null genotype, broccoli, and lower prevalence of colorectal adenomas.  (Letter to the editor) Cancer Epidemiology, Biomarkers, & Prevention 1999;8:947.
16.    Cullen MR.  Book review of Occupational Musculoskeletal Disorders (Hadler NM).  Ann Intern Med 2000; 132:252-3.

## Book Chapters

Mark R. Cullen, M.D
February 3, 2004

1.  Cullen M, Zorn S, Schachter N, Gee JBL.  Immunologic features of sarcoidosis, Wegner's granulomatosis, Goodpastures syndrome and idiopathic pulmonary hemosiderosis.  In: Seligson D (ed.), CRC Handbook Series of Clinical Laboratory Science, 1st ed. CRC Press:West Palm Beach, FL, 1978, pp. 349-71.

2.  Balmes JR, Cullen MR, Matthay RA.  Occupational and environmental lung diseases.  In: Chest Medicine.  Churchill Livingstone:New York, 1983, pp. 361-402.

3.  Balmes JR, Cullen MR, Matthay RA.  Environmental lung diseases.  In: Spittel, JA (ed.), Clinical Medicine Vol. 5, Chapter 38.  Harper & Row:Philadelphia, 1983, pp. 1-37.

4.  Balmes J, Cullen MR, Robins JM.  Epidemic chronic beryllium disease in a scrap metal refining plant.  In: Gee JBL, Morgan WKC, Brooks S (eds.)  Occupational Lung Disease, Raven Press:New York, 1984, pp. 225.

5.  Welch L, Hertz J, Cullen MR, Gee JBL.  Occupational lung disease.  In: Simmons, DH (ed.), Current Pulmonology Vol. 6.  Yearbook Medical Publishers:Chicago, 1985, pp. 137-165.

6.  Robins JM, Cullen MR, Welch LS.  Improved methods for discerning health impacts of current technologies.  Invited paper.  Council on Environmental Quality Conference on Long-Term Environmental Research and Development, Washington, Sept., 1984. In: Draggen S. (ed.), Environmental Impact on Human Health: An Agenda for Long-Term Research and Development. Praeger Press:New York, 1987.

7.  Cullen MR.  Preventive occupational medicine, In: Gardner L, Becker D (eds.), Textbook of Clinical Preventive Medicine.  Plenum Pub. Co.:New York, 1988, pp. 1-59.

8.  Cullen MR.  Commentaries.  In Bunker JP, Gomby DS, Kehrer BH, (eds.), Pathways to Health. The Role of Social Factors. Henry J. Kaiser Family Foundation:Menlo Park, CA., 1989; pp. 136-37, 164.

9.  Grizzle J, Omenn G, Goodman G, Thornquist M, Rosenstock L, Barnhart S, Balmes J, Cherniack M, Cullen M, Glass A, Keough J, Valanis B.  Design of the Beta-Carotene and Retinol Efficacy Trial (CARET) for chemoprevention of cancer in populations at high risk: heavy smokers and asbestos exposed workers.  In: Pastorino U, Hong WK (eds.), Chemo-immuno Prevention of Cancer.  Thieme Medical Publishers Inc:New York, 1991, pp. 167-76.

10. Cullen MR.  Multiple Chemical Sensitivities.  In Last JM, Wallace RB (eds.)  Maxcy Rosenau Textbook of Public Health and Preventive Medicine. 13th ed., Appleton and Lange:Norwalk, CT, 1992, pp. 459-62.

11. Silverstein SM, Miller PL, Cullen MR. An information sources map for occupational and environmental medicine: Guidance to network-based information through domain-specific indexing.  Proc. 17th Annual Symposium for Computer Applications for Medical Care. , IEEE Press:Washington DC, 1993.

12. Cullen MR.  Multiple chemical sensitivities.  In: The NIOSH Guide to the Recognition of Occupational Diseases, 3rd ed.

13. Cullen MR, Merrill WW, Marenberg ME.  A model for staging asbestos-related lung effects after cessation of exposure based on clinical demographic and bronchoscopic data.  In: Mehlman ME, Upton A, (eds.), The Identification and Control of Environmental and Occupational Disease, Princeton Scientific Publishing Co: Princeton, 1994, pp. 287-303.

14. Cullen MR.  Disorders of blood.  In: Rosenstock L, Cullen MR, (eds.), Textbook of Clinical Occupational and Environmental Medicine.  Saunders:Philadelphia, PA, 1994, pp. 329-43.

15. Cullen MR.  Endocrine disorders.  In: Rosenstock L, Cullen MR, (eds.), Textbook of Clinical Occupational and Environmental Medicine.  Saunders: Philadelphia, PA, 1994, pp. 442-46.

16. Mattison D, Cullen MR.  Disorders of reproduction.  In: Rosenstock L, Cullen MR, (eds.), Textbook of Clinical Occupational and Environmental Medicine, Saunders:Philadelphia, PA, 1994, pp. 446-68.

17. Cullen MR, Rosenstock L.  Principles and practice.  In: Rosenstock L, Cullen MR, (eds.), Textbook of Clinical Occupational and Environmental Medicine, Saunders:Philadelphia, PA, 1994, pp. 1-21.

9

Mark R. Cullen, M.D
February 3, 2004

18.    Sprince N, Thorne PS, Cullen MR.  Oils and related materials.  In: Rosenstock L, Cullen MR, (eds.), <u>Textbook of Clinical Occupational and Environmental Medicine</u>. Saunders:Philadelphia, PA, 1994, pp. 814-24.

19.    Cullen MR.  Low-level environmental exposures.  In: Rosenstock L, Cullen MR, (eds.), <u>Textbook of Clinical Occupational and Environmental Medicine</u>. Saunders:Philadelphia, PA, 1994, pp. 667-72.

20.    Nadel E, Cullen MR.  Thermal stress.  In: Rosenstock L, Cullen MR, (eds.), <u>Textbook of Clinical Occupational and Environmental Medicine</u>. Saunders:Philadelphia, PA, 1994, pp. 658-66.

21.    Cullen MR.  Multiple chemical sensitivities:  Is there evidence of extreme vulnerability of the brain to environmental chemicals. In: Isaacson RL, Jensen KF, (eds.), <u>The Vulnerable Brain and Environmental Risks</u>, Vol. 3, Special Hazards from Air and Water. Plenum Press:New York 1994, pp. 65-75.

22.    Cullen MR, Rosenstock L, Brooks SM.  Clinical approach and establishing a diagnosis of an environmental medical disorder. In Brooks SM, et al (eds.), <u>Environmental Medicine Concepts and Practice</u>. Mosby:St. Louis, 1995, pp. 217-31.

23.    Cullen MR.  Multiple chemical sensitivities.  In: Weeks JL, Wagner G, Levy BS, (eds.), <u>Control of Occupational Disease and Injury</u>.  APHA Publications: Washington DC, 1994, pp. 429-36.

24.    Redlich CA, Blaner WS, Carter D, Wirth JA, Tanoue LT, Van Bennekum AM, Holm CT, Cullen MR.. Vitamin A chemoprevention of lung cancer: A short-term biomarker study In: <u>Advances in Experimental Medicine and Biology, Diet and Cancer: Molecular Mechanisms and Interactions</u>. 1995; 375:287-9.

25.    David A, Cullen MR.  The workplace.  In: Mengel M, Holleman W, (eds.), <u>Patient, Doctor and Society.</u> Plenum Press:New York, 1997.

26.    Checkoway H, Cullen MR.  Epidemiologic methods in occupational neurotoxicology.  In: Manzo L, Costa LG (eds.), <u>Occupational Neurotoxicology.</u> CRC Press:Boca Raton, 1998.

27.    Cullen MR, Rosenstock L.  Occupational medicine:  Evaluating the work-relatedness of disease.  In: Gardner LB (ed.), <u>Kelly's Textbook of Internal Medicine</u>, 3rd ed. JB Lippincott:Philadelphia, PA, 1996.

28.    Cullen MR.  Occupational hazards in the international setting. In:  Fleming LE, Herzstein J, Bunn WB, (eds.), <u>International Occupational and Environmental Medicine</u>. OEM Press:Beverly, MA 1997.

29.    Cullen MR, Rosenstock L.  Occupational health and safety.  In:  <u>Scientific American Medicine</u> New York, 1997.

30.    Cullen MR. Multiple chemical sensitivities In: Stellman J. (ed.), <u>Encyclopedia of Occupational and Environmental Health</u> 4th ed. ILO:Geneva, 1997.

31.    Cullen MR.  Multiple chemical sensitivities syndrome. In:  Kaufman LD, Varga J, (eds.), <u>Rheumatic Diseases and the Environment</u>. Chapman and Hall:New York, 1998.

32.    Cullen MR.  Special considerations for developed and developing countries.  In: Herzstein, Bunn, Fleming et al (eds.), <u>International Occupational and Environmental Medicine</u>. Mosby:St. Louis, 1998.

33.    Cullen MR.  Multiple Chemical Sensitivities.  In Wallace RB (ed.), <u>Public Health and Preventive Medicine</u>.  Appleton & Lange:Stamford, 1998, pp. 573-6.

34.    Cullen MR.  Part IV Summary: Psychobiological and psychosocial pathways and mechanisms to disease in socioeconomic status and health in industrial nations.  Ann NY Acad Sci, 896, 1999.

35.    Cullen MR.  Atypical human responses to low-level environmental contaminants: The problem of multiple chemical sensitivities.  In: Harris RL (ed.), <u>Patty's Industrial Hygiene and Toxicology</u>. 5th ed. John Wiley & Sons, Inc.:New York. 2000, pp. 479-506.

36     Cullen MR, Rosenstock L.  Occupational medicine:  Evaluating the work-relatedness of disease. In: Gardner LB (ed.), <u>Kelly's Textbook of Internal Medicine</u>, 4th ed. JB Lippincott:Philadelphia, PA, 2000.

37.    Cullen MR, Kreiss K. Occupational disorders associated with low-level environmental exposures. In: Levy BS, Wegman DH, (eds.), <u>Occupational Health: Recognizing and Preventing Work-Related Disease</u>, 4th ed.  Lippincott Willliams & Wilkins:Philadelphia, PA, 2000, pp. 447-458.

Mark R. Cullen, M.D
February 3, 2004

38.    Cullen MR, Rosenstock L, Redlich CA, Brodkin CA. Overview of occupational and environmental medicine. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London, 2004.

39.    Cullen MR and Rosenstock L. Approach to the patient with suspected occupational and environmental disease. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London, 2004.

40.    Cullen MR and Rosenstock L. Social issues in occupational and environmental medicine. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London, 2004.

41.    Fischman ML, Goldstein DA, and Cullen MR. Emerging technologies. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London, 2004.

42.    Luderer U. and Cullen MR. Endocrine disorders. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London 2004.

43.    Cullen MR. Low-level environmental exposures. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London, 2004.

44.    Cullen MR. Environmental aspects of food safety. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London 2004.

45.    Cullen MR, Rosenstock L, Kjellstorm T. Occupational and environmental medicine in developing countries. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London , 2004.

46.    Mobo BHP, Cullen MR. Disorders of the blood and blood-forming organs. In Rosenstock L, Cullen MR, Redlich CA, Brodkin CA, (eds.), Textbook of Clinical Occupational and Environmental Medicine, 2nd ed. Elsevier, Ltd:London , 2004

47.    Rosenstock L, Cullen MR, Fingerhutt M. Occupational health. In Jameson DT, Alleyne, G, Breman J. et al (eds). Disease Control Priorities in Developing Countries. 2nd ed. Oxford University Press. In press.

## Abstracts  (presented)

1.    Cullen M, Balmes J, Connors B, Gee JBL, Matthay R, Sostman HD, Robins J, Smith GW. Lipoid pneumonia resulting from oil mist exposure in a steel mill. Am Rev Respir Dis 1980; 121 (4, part 2):229.

2.    Cullen M, Balmes J, Robins J, et al. Public health impact of an occupational health clinic. Am Publ Health Assoc, November 3, 1981, Los Angeles.

4.    Cullen MR. Occupational health clinics - the difficult patient. Presented Am Public Health Assoc, November 17, 1982, Montreal.

5.    Cullen M. Clinical issues in the management of workers exposed to asbestos in the United States. Proceedings of the First International Congress on Industrial Hygiene, December 5-7, 1983, Atti, Rome.

6.    Rossman MD, Naegel G, Rankin J, Kern T, Cullen MR, Daniele RP. The role of bronchoalveolar lavage in chronic pulmonary berylliosis. Presented at International Conference on Bronchoalveolar Lavage, May 1984, Columbia, MD.

7.    Young KR, Rankin JA, Cullen M, Zeiss CR, Levitz D. Bronchoalveolar lavage demonstrates suppressor-cytotoxic lymphocyte alveolitis and antibodies to isocyanate-conjugated albumin. Am Rev Respir Dis 1985; 131:A1.

8.    Rossman MD, Kern JA, Elias JA, Epstein PE, Cullen MR, Preuss OP, Daniele RP. Diagnosis of chronic hypersensitivity granulomatosis due to beryllium. Clin Res 1985; 33:471A.

Mark R. Cullen, M.D
February 3, 2004

9.  Rossman MD, Paulinkonis L, Elias J, Cullen MR, Daniele RP. Chronic hypersensitivity granulomatosis due to beryllium. Presented Aspen Lung Conference, June 21-15, 1985, Aspen, CO.

10. Rossman MD, Greenberg J, Kern J, Cullen MR, Epstein PE, Preuss OP, Markham TN, Elias JA, Daniele RP. Beryllium workers with positive and negative lung lymphocyte proliferation test to beryllium. Am Rev Respir Dis 1986; 133: A195.

11. Rossman MD, Elias JA, Markham TN, Preuss OP, Cullen MR, Daniele RP. Sensitivity and specificity of the lung lymphocyte proliferation test for chronic berylliosis. Presented at the Third International Conference on Environmental Lung Disease, October 17, 1986, Montreal, Canada.

12. Redlich C, Beckett WS, Cullen MR. Hepatitis associated with occupational exposure to the solvent dimethylformamide. Clin Res 1987; 35:756A.

13. Merrill W, Cullen MR, Carter D, Madri T, Care S, Mikes P, Marcy T, Dorinsky P. Histologic and immunochemical frequency of bronchial metaplasia in smoking asbestos workers. Clinical Research 1987; 35:536A.

14. Merrill WW, Cullen MR, Carter D, Marchandise F. Histologic and immunochemical frequency of metaplasia in asbestos workers. Am Rev Res Dis 1989; 139:210.

15. Merrill W, Cullen MR, Care SB. Neutrophilic alveolitis and functional deterioration among asbestos workers. Clin Res 1989; 39:479A.

16. Barry M, Patterson JE, Ratcliff B, Tirrell S, Cullen M, Shope R. Chloroquine does not affect antibody response to yellow fever vaccine. Presented at the American Society of Tropical Medicine, December 1989, Honolulu, HI.

17. Rosenstock L, Barnhart S, Balmes J, Cherniack M, Cone J, Cullen M, Keogh J, Valamis B, Omenn G. The beta-carotene and retinol efficacy trial for chemoprevention of lung cancer in asbestos-exposed workers. Am Rev Resp Dis 1991; 143:A265.

18. Turk DS, Schonfeld DJ, Cullen MR, Rainey PM. Comparison of pediatric lead screening methods. Presented Clin Chem 91, October 1991, Philadelphia, PA.

19. Schonfeld D, Rainey P, Cullen M, Brown D, Hogan J, Berg A, Schroeder D, Turk D. Screening for lead by fingerstick — a reasonable alternative? Ambu Pediat Assoc, 1992.

20. Schonfeld D, Cullen MR, Rainey PM, et al. Screening for lead poisoning using fingerstick samples: false positive rates in an urban pediatric clinic. Ambu Pediat Assoc, 1993.

21. Weltmann BM, Redlich CA, Beckett WS, Ruff T, Rubinstein E, Cullen MR. Isocyanate asthma in autobody shop workers - a questionnaire and peak flow study. Ann Rev Resp Dis 1993; 147:A114.

22. Schonfeld DJ, Rainey PM, Cullen MR, Showalter DR, Cicchetti DV. Screening for lead poisoning by fingerstick within suburban pediatric practices. Ambu Pediat Assoc., May 1994.

23. Sood A, Beckett WS, Cullen MR. Variable response to long-term steroid therapy in chronic beryllium lung disease. Am J Resp Crit Care Med 1996; 153:A471.

24. Redlich CA, Karol MH, Graham C, Homer RJ Holm CT, Wirth JA, Cullen MR. Demonstration of airway isocyanate-adducts in HDI-induced asthma. Am J Resp Crit Care Med 1997; 155:A139.

25. Redlich CA, Van Bennekum AM, Chung J, Clever SL, Blaner WS, Holm C, Cullen MR. The effect of supplementation with vitamin A and beta-carotene on lung nutrient levels. Am J Resp Crit Care Med 1997; 155:A796.

26. Redlich CA, Chung JS, Holm C, Homer RH, Carter D, Cullen MR. The effect of vitamin A and β-carotene on human airway metaplasia and cytokine levels. Am J Resp Crit Care Med, 1998; 157(3):A692.

27. Wisnewski AV, Lemus R, Karol MH, Cullen MR, Redlich CA. Stimulation of PBMCs by different hexamethylene diisocyanate antigens in human isocyanate asthma. NIOSH Conference, Occupational Asthma: In and Out of the Workplace, 5/1/98.

28. Karol MH, Lemus R, Holm CT, Chung JS, Cullen MR, Cartier A, Redlich CA. Lymphocyte responses in isocyanate asthma. Am J Resp & Crit Care Med 1999; 3:A234.

12

Mark R. Cullen, M.D
February 3, 2004

29.   Liu Y, Sparer J, Woskie SR, Chung J, Holm C, Cullen MR, Redlich CA.  Quantitative assessment of isocyanate skin exposure in autobody shops.  Am J Resp & Crit Care Med 1999; 3:A234.

30.   Liu Y, Stowe MH, Sparer J, Cullen MR, Holm C, Redlich CA, Woskie SR, Bello D, Youngs F.  Epicutaneous exposure to isocyanate in auto body shops: a qualitative assessment.  American Industrial Hygiene Conference and Exposition. Orlando, FL, May 19-26, 2000.

31.   Liu Y, Cullen MR, Stowe MH, Holm C, Redlich CA, Woskie SR, Bello D, Youngs F.  Respirator subjective assessment in auto body repair shops. American Industrial Hygiene Conference and Exposition. Orlando, FL, May 19-26, 2000.  Poster

32.   Agalliu I, Eisen EA, Hauser R, Redlich CA, Cullen MR, Kennedy SM.  Comparison of methacholine protocols in three occupational studies.  Am J Resp Crit Care Med 2001;1163; A810.

33.   Liu Y, Stowe MH, Berode M, Walsh F, Cullen MR, Sparer JA, Boeniger M, Holm CT, Redlich CA.  Biological monitoring to assess exposure to hexamethylene diisocyanate in auto body repair shops.  American Industrial Hygiene Conference and Exposition.  New Orleans, LA.  June 2-7, 2001.

34.   Liu Y, Stowe MH, Walsh F, Sparer JA, Cullen MR, Holm CT, Youngs F, Bello D, Woskie SR, Boeniger M, Redlich CA.  Surface contamination and skin exposure to aliphatic isocyanates in auto body shops: a quantitative assessment.  American Industrial Hygiene Conference and Exposition.  New Orleans, LA, June 2-7, 2001.

35.   Stowe MH, Coren BH, Wisnewski AV, Cullen MR, Holm CT, Redlich CA.  Diisocyanate-exposed auto body shop workers: A one-year follow-up.  Am J Res Crit Care Med 2002;525;A809.

36.   Liu Y, Bello D, Redlich CA, Stowe MH, Cullen MR, Walsh FX, Young F, Woskie SR.  Comparison of two methods for sampling hexamethylene diisocyanate biuret aerosol:  A chamber study.  Am J Resp Crit Care Med 2003;167:A840.

Cullencv 10/2003