# United States District Court
## District of Connecticut

Arich
*Plaintiff*

v.                          Case No. 3:03cv-958 (WWE)

MetroNorth
*Defendant*

FILED
2004 AUG 11  P 3: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☒ A ruling on the following motions which are currently pending:
Doc# **23 Motion to Preclude**

☐ A settlement conference

☐ A conference to discuss the following:

☐ Other:


SO ORDERED this __1th__ day of __August__, __2004__ at Bridgeport, Connecticut.


_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE