# United States District Court

DISTRICT OF __Connecticut__

Arich v. Metro North

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 cv 958 HBF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Fitzsimmons | Goetsch | DeLuca |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/1/04 | Falcone | Kolesnikoff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/1/04 | | | Mark Cullen, MH |
| | ✓ | | A | ✓ | Copy of report dtd 10/10/03 |
| | ✓ | | B | ✓ | Report - Pathology Consult |
| | ✓ | | C | ✓ | Form - Report of Occupational Disease |
| | ✓ | | | | Roger Maxfield, NY |
| | ✓ | | D | ✓ | CV |
| | ✓ | | E | ✓ | Report dtd 1/4/01 |
| | ✓ | | F | ✓ | 4/22/03 Report |
| ✓ | | | 1 | ✓ | Resume |
| ✓ | | | 2 | ✓ | Article - re Bronchiectasis |
| ✓ | | | 3 | ✓ | Update re Manifestations & Diagnosis |
| ✓ | | | 5 | ✓ | MSDS Sheets |
| ✓ | | | 6 | ✓ | MSDS Sheets |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages