# EXCERPTS FROM DR. CULLEN'S DEPOSITION TRANSCRIPT

1

STATE OF CONNECTICUT  :  SUPERIOR COURT

JUDICIAL DISTRICT OF BRIDGEPORT

AT BRIDGEPORT

```
---------------------------x
GERALD ARICH,              :
          Plaintiff,       :
     -versus-              : No. 3:02CV00958(WWE)
METRO-NORTH RAILROAD,      :
          Defendant.       :
---------------------------x
```

ORIGINAL

       Deposition of DR. MARK CULLEN, taken pursuant to Section 243, et seq. of the Connecticut Practice Book, at the office of Dr. Cullen, New Haven, Connecticut, before Jacqueline McCauley, RPR/CSR, a Notary Public in and for the State of Connecticut, on March 1, 2004, at 9:45 a.m.

1  **A P P E A R A N C E S:**

2      <u>For the Plaintiff</u>:

3      CAHILL & GOETSCH, P.C.
       43 Trumbull Street
4      New Haven, Connecticut 06511-1059
       By:  CHARLES GOETSCH, Esq.
5

6      <u>For the Defendant</u>:

7      RYAN, RYAN, JOHNSON & DELUCA LLP
       80 Fourth Street
8      Stamford, Connecticut 06905
       By:  CHARLES A. DELUCA, Esq.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   the seat of bronchiolectasis, the bronchioles.  So I'm
2   just trying to give you a sense of how many turns
3   you've made on this highway before you --
4           Q.  I think I understand and that was very
5   helpful.  So the bronchioles, I make a few turns down
6   the highway and I end up at the bronchioles?
7           A.  Uh-huh.
8           Q.  What is the average diameter of a
9   bronchiole do you know?
10          A.  Yeah.  They need  -- nothing gets through
11  them that is much bigger than five microns so I would
12  use that as sort of a working figure.  Again, remember
13  you are talking about a range of further subdivisions.
14  Five microns is usually what we call respirable, which
15  means things that can make it through the whole tree
16  so less than five microns to make it all the way down
17  to the final pit stop, which are the air sacks
18  themselves called alveoli.
19          Q.  Okay.  And there's two lobes or two --
20  there's two lungs?
21          A.  Two lungs.
22          Q.  And how many lobes are there?
23          A.  Effectively three.  The right lung has
24  three.  The left has only two, because the heart's in
25  the way, but the lower lobe actually has an extra

1   particles rarely lodge quite deep thankfully, not very
2   diffuse so that it's not like it happened all over the
3   lung or he would have been much sicker much sooner
4   and, but I was unable to locate a legacy of scientific
5   discussion of same.
6        Q.   Is there any literature which links the
7   inhalation of dust per se with the development of a
8   bronchiolectasis?
9        A.   Well, not bronchiolectasis. It's a common
10  and established cause of bronchiectasis inhalations
11  and this is actually one of the consequences of large
12  particle inhalations that occur. So that's been well
13  described in settings, you know, ranging from
14  sandstorms to, you know, other dust inhalations.
15  There's, you know -- so that certainly occurs. It's
16  the depth within the lung that was unusual in this
17  case.
18       Q.   I got you.
19       A.   And, also, at the risk of making this
20  whole thing sound wrong, don't take this the wrong
21  way, but the trivialness of the injury, in other words
22  by trivial I mean that it involved a very small region
23  of lung and smoldered on at a very, in my view a very
24  subclinical level for a long time until the area of
25  obstruction just got slightly more and more inflamed

1   and not the other?
2        A.   I assume it has to do with particle sizes
3   and that's why I was disappointed that the material
4   safety data sheets didn't talk about the range of
5   possible particle sizes that may occur during this
6   nozzling process, which is a fairly high pressure
7   aerosol that comes off these machines.  But I suspect,
8   for example, compared to a sandstorm in which most of
9   the particles are quite large or the kind of soil
10  inhalations that occur in excavation, mining
11  activities, those kinds of things, that the dust, the
12  particles to which he was exposed were actually a bit
13  smaller.
14       Q.   Smaller than that?
15       A.   Right.
16       Q.   Okay.  Because if they were a bit larger
17  than that, you would expect to see the bronchiectasis?
18       A.   Or it to be cleared or just to have them
19  cleared, which is the normal thing we all do -- we are
20  inhaling particles all the time, but we clear them.
21       Q.   The literature that you say that we were
22  discussing before I think you indicated that there is
23  abundant literature linking the inhalation of airborne
24  particles to bronchiectasis but not to
25  bronchiolectasis?

1  be done.  I think the others are really non-starters.
2        Q.  You mention that this occurred at a small
3  region and did not happen diffusely.  Why was that?
4        A.  I don't know.  You know, again, remember
5  the characteristics that this obstructing particle
6  needs to have.  It needs to have been small enough to
7  wedge itself quite deep in the airway system.  So I'm
8  guessing a particle in the range of five microns, but
9  it also needed to be dense enough to not be dislodged
10 every time he coughed.  This had to really get stuck
11 in a small airway.
12       Q.  You think it was just one particle or you
13 think they might have clumped up together?
14       A.  No, no, no.  I don't know.  There were
15 clearly many, I assume many most of which he
16 successfully cleared and what we are talking about is
17 the one that or two or three that got left behind that
18 were not cleared.  I mean, I think we are -- I suspect
19 that if you had a little scope and could have looked
20 down his lungs the day after his inhalation, that
21 there would have been little particles all over the
22 place and he like most of us effectively cleared them
23 all and this was a straggler.
24       Q.  One left behind?
25       A.  One left behind so I think that's what you

```
 1  are looking at.
 2       Q.   What's your understanding, Doctor, about
 3  how this incident occurred?
 4       A.   So I mean -- so my understanding was, and
 5  again, I don't ride the train often enough to really
 6  know and I don't use fire extinguishers, thank God,
 7  thank God, often, but I think what happened is that he
 8  was in those little compartments where the passengers
 9  aren't allowed to go and from the opening and closing
10  of the door there was a pressure differential which
11  basically, you know, from which the material basically
12  exploded and so that there was --
13       Q.   Exploded?  When you say exploded, what --
14       A.   I mean just all of a sudden the materials
15  are aerosolized and he found himself breathing, you
16  know, breathing all of this stuff that's not intended
17  primarily to breathe but to smother fires.
18       Q.   Do you know how long he breathed it?
19       A.   I understood a couple minutes.
20       Q.   Did you ever meet Mr. Arich?
21       A.   Oh yeah.
22       Q.   Do you know what -- and I'm sure you do
23  -- pneumoconiosis is?
24       A.   Yes.
25       Q.   What is that?
```

# **CERTIFICATE**

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this \_\_\_4\_\_\_ day of \_\_March_____, 20\_04\_.

_____
NOTARY PUBLIC

My Commission Expires:
5/2005