UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Gerald Arich

V.                          Case Number:  3:02cv958 HBF

Metro North RR Co

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>January 21, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed by within 45 days thereafter.

    Accordingly, an order of dismissal will be entered on March 14, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Bridgeport, Connecticut, January 21, 2005.


                        KEVIN F. ROWE, CLERK

                By:  __/s/_____
                       Diane Kolesnikoff
                       Deputy Clerk