UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gerald Arich<br><br>Plaintiff<br><br>VS.<br><br>Metro-North Railroad Company<br><br>Defendant | Civil Action<br>No: 3:02CV00958(WWE)<br><br><br><br>February 22, 2005 |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

Date: 2/22/05

FOR THE PLAINTIFF,

BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

Date: __2/25/05__                              FOR THE DEFENDANT,

                                                           BY _____
                                                             Charles A. Deluca
                                                              Ryan Ryan Johnson & Deluca LLP
                                                             80 Fourth St.
                                                             P.O. Box 3057
                                                             Stamford, CT 06905
                                                             [ct 05255]

2