**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604



KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

April 19, 2005

Charles A. Deluca
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Re: Case Name: Arich v. Metro-North
Number: 3:02cv958 HBF

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

Defendant's Exhibits A, B, C, D, E, F

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

By _____
Diane Kolesnikoff
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 4/20/05